(132 So. 921)

**Edward MELTON, alias, etc., v. STATE.**
**8 Div. 81.**

Court of Appeals of Alabama.
Jan. 27, 1931.

SAMFORD, J.
Appeal dismissed.

(131 So. 923)

**Joe METZ v. STATE.**
**1 Div. 977.**

Court of Appeals of Alabama.
Nov. 25, 1930.

BRICKEN, P. J.
Affirmed.

(137 So. 923)

**Houston MILLER v. CITY OF PHENIX CITY.**
**4 Div. 789.**

Court of Appeals of Alabama.
Nov. 5, 1931.

PER CURIAM.
Appeal dismissed for want of prosecution.

(134 So. 922)

**Albert MILLER v. STATE.**
**6 Div. 980.**

Court of Appeals of Alabama.
April 21, 1931.

PER CURIAM.
Appeal dismissed on motion of appellant.

(129 So. 925)

**Will MILLER v. STATE.**
**2 Div. 445.**

Court of Appeals of Alabama.
Aug. 16, 1930.

PER CURIAM.
Appeal dismissed on motion of appellant.

(130 So. 924)

**Johnie MILLS v. STATE.**
**4 Div. 693.**

Court of Appeals of Alabama.
Nov. 11, 1930.

RICE, J.
Appeal dismissed.